**No. 09-739. Pennmont Securities, Petitioner v. Meyer Frucher, et al.**

559 U.S. 972, 130 S. Ct. 1698, 176 L. Ed. 2d 182, 2010 U.S. LEXIS 2054.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 586 F.3d 242.

**No. 09-746. Beverly Enterprises-Illinois, Inc., dba VIP Manor, Petitioner v. Virginia Mitchell, Executor of the Estate of Charles A. Mitchell, Deceased.**

559 U.S. 972, 130 S. Ct. 1698, 176 L. Ed. 2d 182, 2010 U.S. LEXIS 2108.

March 1, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 385 Ill. App. 3d 1151, 361 Ill. Dec. 138, 970 N.E.2d 138.

**No. 09-747. Beverly Enterprises-Illinois, Inc., dba VIP Manor, Petitioner v. Martha Blazier, Special Administrator of the Estate of Rachel Reedy, Deceased.**

559 U.S. 972, 130 S. Ct. 1698, 176 L. Ed. 2d 182, 2010 U.S. LEXIS 2161.

March 1, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Fifth District, denied.

Same case below, 385 Ill. App. 3d 1151, 361 Ill. Dec. 138, 970 N.E.2d 138.

**No. 09-749. Elijah W. Ratcliff, Petitioner v. LHR, Inc.**

559 U.S. 972, 130 S. Ct. 1699, 176 L. Ed. 2d 182, 2010 U.S. LEXIS 2051.

March 1, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Ninth District, denied.

**No. 09-754. Midwest Pipe Insulation, Incorporated, Petitioner v. Minneapolis Pipefitters Union, Local 539.**

559 U.S. 972, 130 S. Ct. 1699, 176 L. Ed. 2d 182, 2010 U.S. LEXIS 2078.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Minnesota denied.

Same case below, 771 N.W.2d 28.

**No. 09-756. Jeffrey C. Bourgeois, Individually and on Behalf of Dale Bourgeois, et al., Petitioners v. Boomtown, L.L.C. of Delaware, et al.**

559 U.S. 972, 130 S. Ct. 1699, 176 L. Ed. 2d 182, 2010 U.S. LEXIS 2136.

March 1, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, Fifth Circuit, denied.

Same case below, 18 So. 3d 68.

**No. 09-759. Exelon Corporation, Petitioner v. Illinois Department of Revenue, et al.**

559 U.S. 972, 130 S. Ct. 1699, 176 L. Ed. 2d 182, 2010 U.S. LEXIS 2018.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 234 Ill. 2d 266, 334 Ill. Dec. 824, 917 N.E.2d 899.

**No. 09-760. Keefe Alsobrook, et al., Petitioners v. UPS Ground Freight, Inc.**

559 U.S. 972, 130 S. Ct. 1699, 176 L. Ed. 2d 182, 2010 U.S. LEXIS 2140.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 352 Fed. Appx. 1.